**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7431**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY AUGUSTAS BENNETT,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. William L. Osteen, Sr., District Judge. (CR-94-189, CA-97-241-6)

---

Submitted: February 26, 1998     Decided: March 19, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Thomas Kieran Maher, RUDOLF & MAHER, Chapel Hill, North Carolina; Ronald Edward Schwartz, RONALD E. SCHWARTZ - ATTORNEY-AT-LAW, Cincinnati, Ohio, for Appellant. Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Bennett, Nos. CR-94-189; CA-97-241-6 (M.D.N.C. Oct. 1, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2